1
2
3
4              **UNITED STATES DISTRICT COURT**
5                    **DISTRICT OF NEVADA**
6  MICHELL BLANCO,                )
                                   )
7             Plaintiff,           )   Case No. 3:09-cv-0521-LRH-RAM
                                   )
8  vs.                             )
                                   )   **ORDER**
9  E.K. MCDANIEL, *et al.*,        )
                                   )
10            Defendants.          )

11      Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a Civil
12 Right Complaint (#1-3) pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the required filing fee of
13 $350.00. Although he submitted a "Financial Certificate" (#1-2), this document is on a state court form
14 and does not contain the information required by 28 U.S.C. §1915(a) and the Local Rules for the District
15 of Nevada. The Local Rules require that an Application to Proceed *in Forma Paueris* be made on the
16 forms provided by <u>this</u> Court. LSR 1-1 and 1-2. Plaintiff has also failed to provide a signed financial
17 certificate executed by a prison official and a copy of his inmate trust account statement. *See* 28 U.S.C.
18 §1915(a)(2); LSR 1-2.

19      **IT IS THEREFORE ORDERED** that the plaintiff shall file a **<u>NEW</u>** Application to Proceed *In*
20 *Forma Pauperis* on the proper form, accompanied by a signed and executed financial certificate and a
21 statement of his inmate trust account. The Clerk of the Court shall send plaintiff a blank application
22 form for incarcerated litigants with instructions. In the alternative, plaintiff shall make the necessary
23 arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this
24 order. Plaintiff shall have **thirty (30) days** from the date on which this order is entered to comply.
25 Failure to comply will result in the dismissal of this action.
26

1 **IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

2 DATED: September 23, 2009.

_____
UNITED STATES MAGISTRATE JUDGE